**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RICHARD McELHANEY and | : | UNITED STATES DISTRICT COURT |
| KAREN McELHANEY, h/w | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| vs. | : | |
| | : | No. 06-CV- 2558 |
| NLB CORPORATION | : | |
| And | : | Filed via electronic case filing |
| POTOMAC CONSTRUCTORS, LLC | : | |
| And | : | |
| EDWARD KRAEMER & SONS, | : | **ORDER OF DISMISSAL** |
| INC.. | | |

**ORDER OF DISMISSAL OF DEFENDANTS, NLB CORPORATION, POTOMAC CONSTRUCTORS, LLC and EDWARD KRAEMER & SONS, INC.**

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendants, NLB Corporation, Potomac Constructors, LLC, and Edward Kraemer & Sons, Inc. For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Richard McElhaney and Karen McElhaney, against the Defendants, NLB Corporation, Potomac Constructors, LLC, and Edward Kraemer & Sons, Inc. are hereby **DISMISSED WITH PREJUDICE.**

Signed: _____

_____
Honorable Ann Marie Donio
United States Magistrate Judge