## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD McELHANEY and KAREN McELHANEY, h/w | : UNITED STATES DISTRICT COURT<br>: FOR THE DISTRICT OF NEW JERSEY |
| | : |
| vs. | : |
| | : No. 06-CV- 2558 |
| NLB CORPORATION | : |
| And | : Filed via electronic case filing |
| POTOMAC CONSTRUCTORS, LLC | : |
| And | : |
| EDWARD KRAEMER & SONS, INC.. | : **ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL OF DEFENDANTS, NLB CORPORATION, POTOMAC CONSTRUCTORS, LLC and EDWARD KRAEMER & SONS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendants, NLB Corporation, Potomac Constructors, LLC, and Edward Kraemer & Sons, Inc.  For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Richard McElhaney and Karen McElhaney, against the Defendants,   NLB Corporation, Potomac Constructors, LLC, and Edward Kraemer & Sons, Inc. are hereby **DISMISSED WITH PREJUDICE.**

Signed: ___12/4/08___

_____

Honorable Ann Marie Donio
United States Magistrate Judge